1  DONALD F. SETH, ESQ., CA SBN 92318
2  JAMES J. BERGMANN, ESQ., CA SBN 220447
   418 B Street, Suite 202
3  Santa Rosa, CA 95401
   (707)545-6370 telephone
4  (707)545-9770 facsimile

5  Counsel for Plaintiffs JOHN R. GEANEY
6  and CONNIE S. GEANEY

7
                    IN THE UNITED STATES DISTRICT COURT
8                  FOR THE EASTERN DISTRICT OF CALIFORNIA
                              FRESNO DIVISION
9

10 JOHN R. GEANEY and CONNIE S. GEANEY,        Case No. 1:05-CV-01629-REC-LJO

11              Plaintiffs,                    **STIPULATION AND PROPOSED
                                               ORDER FOR FILING OF
12 v.                                          PLAINTIFFS' FIRST
                                               AMENDED COMPLAINT**
13
   EQUIFAX INFORMATION SERVICES, L.L.C.,
14 EXPERIAN INFORMATION SOLUTIONS, INC.,
   OCWEN FEDERAL BANK FSB,
15 THE CREDIT BUREAU OF SANTA MARIA dba
   CREDIT BUREAU OF SAN LUIS OBISPO,
16 and DOES 1 through 30, inclusive,

17              Defendants.
   _____/    _____
18
19
20       Pursuant to F.R.C.P. Rule 15, IT IS HEREBY STIPULATED AND AGREED by and

21 between the parties hereto, through their respective attorneys of record, that Plaintiffs JOHN R.

22 GEANEY and CONNIE S. GEANEY may file their First Amended Complaint, a copy of which

23 is attached hereto.
24
25       IT IS FURTHER STIPULATED AND AGREED that the allegations relating to

26 EQUIFAX INFORMATION SERVICES, L.L.C. ("EQUIFAX"), EXPERIAN INFORMATION

27
28 _____
   STIPULATION FOR FILING OF PLAINTIFFS' FIRST AMENDED COMPLAINT
   1:05-CV-01629-REC-LJO

SOLUTIONS, INC. ("EXPERIAN"), OCWEN FEDERAL BANK FSB ("OCWEN"), and THE CREDIT BUREAU OF SANTA MARIA ("CBSM") contained in Plaintiffs' First Amended Complaint shall be identical to the allegations relating to EQUIFAX, EXPERIAN, OCWEN, and CBSM contained in the original Complaint on file herein;

IT IS FURTHER STIPULATED AND AGREED that EQUIFAX, EXPERIAN, OCWEN and CBSM, and each of them, waive notice and service of the First Amended Complaint and shall not be required to answer the amendment, and that all denials, responses, and affirmative defenses contained in the Answers filed by each of these Defendants to the original Complaint shall be responsive to the First Amended Complaint.

This Stipulation may be signed in counterparts.

IT IS SO STIPULATED.

Dated: March _____, 2006

_____
JAMES J. BERGMANN
The Law Offices of Donald F. Seth
Attorneys for Plaintiffs
JOHN R. GEANEY and CONNIE S. GEANEY

Dated: March _____, 2006

_____
MARK S. TRATTEN
Ericksen, Arbuthnot, Kilduff, Day & Lindstrom, Inc.
Attorneys for Defendant
EQUIFAX INFORMATION SERVICES, L.L.C.

//
//
//
//
//
//

1  Dated: March _____, 2006

2
                                                        _____
                                                        SCOTT P. SHAW
3                                                       Jones Day
                                                        Attorneys for Defendant
4                                                       EXPERIAN INFORMATION
                                                        SOLUTIONS, INC.
5

6
   Dated: March _____, 2006
7
                                                        _____
8                                                       ERIC D. HOUSER
                                                        JEFFREY S. ALLISON
9                                                       Houser & Allison
                                                        Attorneys for Defendant
10                                                      OCWEN LOAN SERVICING LLC,
                                                        successor-in-interest to
11                                                      OCWEN FEDERAL BANK FSB

12

13  Dated: March _____, 2006

14                                                      _____
                                                        DAN NEWMAN
15                                                      MARK ELLIS
                                                        Murphy, Pearson, Bradley & Feeney
16                                                      Attorneys for Defendant
                                                        CREDIT BUREAU OF SANTA MARIA
17

18  IT IS SO ORDERED.

19  **Dated:   March 31, 2006**           _____**/s/ Lawrence J. O'Neill**_____
    66h44d                                 UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28
_____
STIPULATION FOR FILING OF PLAINTIFFS' FIRST AMENDED COMPLAINT
1:05-CV-01629-REC-LJO                          - 3 -