**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN R. GEANEY, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>EQUIFAX INFORMATION<br>SERVICES, LLC, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. CV F 05-1629 REC LJO<br><br>**ORDER TO RESCHEDULE MANDATORY SCHEDULING CONFERENCE**<br><br>Date:　June 26, 2006<br>Time:　8:45 a.m.<br>Dept.:　8 (LJO) |

　　　　This Court set a May 22, 2006 mandatory scheduling conference. Plaintiffs recently filed an amended complaint to add Trans Union LLC as a new defendant who has yet to appear in this action. As such, this Court finds that postponement of the mandatory scheduling conference is appropriate. On the basis of good cause, this Court:

　　　　1.　　VACATES the May 22, 2006 mandatory scheduling conference;

　　　　2.　　RESETS the mandatory scheduling conference for June 26, 2006 at 8:45 a.m. in Department 8 (LJO) of this Court. The parties are encouraged to appear at the mandatory scheduling conference by telephone by arranging a one-line conference call and then adding the Court at (559) 499-5680; and

　　　　3.　　ORDERS the parties, no later than June 19, 2006, to file a Joint Scheduling Report which includes the information required by Exhibit A to the December 22, 2005 order setting the original scheduling conference and to e-mail a copy of the Joint Scheduling

Report as an attachment to ggreen@caed.uscourts.gov and formatted in WordPerfect or Word;

4. ORDERS the parties to otherwise comply with the December 22, 2005 order setting the original scheduling conference; and

5. ORDERS plaintiffs to serve of a copy this order on defendant Trans Union LLC.

IT IS SO ORDERED.

**Dated:     May 15, 2006**              /s/ Lawrence J. O'Neill
66h44d                                               UNITED STATES MAGISTRATE JUDGE