1  DONALD F. SETH, ESQ., CA SBN 92318
2  JAMES J. BERGMANN, ESQ., CA SBN 220447
   290 B Street, Suite 205
3  Santa Rosa, CA 95401
   (707)545-6370 telephone
4  (707)545-9770 facsimile

5  Counsel for Plaintiffs JOHN R. GEANEY
6  and CONNIE S. GEANEY

7
                    IN THE UNITED STATES DISTRICT COURT
8                  FOR THE EASTERN DISTRICT OF CALIFORNIA
                              FRESNO DIVISION
9

10 JOHN R. GEANEY and CONNIE S. GEANEY,          Case No. 1:05-cv-01629-OWW-LJO

11                Plaintiffs,                    **STIPULATION AND**
                                                 **ORDER MODIFYING CASE**
12 v.                                            **SCHEDULING CONFERENCE**
                                                 **ORDER**
13
   EQUIFAX INFORMATION SERVICES, L.L.C.,
14 EXPERIAN INFORMATION SOLUTIONS, INC.,
   TRANS UNION, LLC,
15 OCWEN FEDERAL BANK FSB,
   THE CREDIT BUREAU OF SANTA MARIA dba
16 CREDIT BUREAU OF SAN LUIS OBISPO,
17 and DOES 1 through 30, inclusive,

18                Defendants.
19 _____/   _____

20
            Pursuant to F.R.C.P. Rule 15, IT IS HEREBY STIPULATED AND AGREED by and
21
   between Plaintiffs JOHN R. GEANEY and CONNIE S. GEANEY and Defendants EQUIFAX
22
   INFORMATION SERVICES, L.L.C. ("EQUIFAX"), EXPERIAN INFORMATION
23
   SOLUTIONS, INC. ("EXPERIAN"), TRANS UNION, LLC ("TRANS UNION"), OCWEN
24
25 FEDERAL BANK FSB ("OCWEN"), and THE CREDIT BUREAU OF SANTA MARIA
26 ("CBSM"), by their attorneys of record, that:
27
28
   _____
   STIPULATION AND PROPOSED ORDER MODIFYING CASE SCHEDULING CONFERENCE ORDER
   1:05-CV-01629-OWW-LJO

WHEREAS all parties agree that even with the exercise of due diligence, the parties cannot meet the timetable set forth in the Court's Scheduling Conference Order, entered on June 26, 2006 by U.S. Magistrate Judge Lawrence J. O'Neill;

WHEREAS United States Magistrate Judge and court-appointed Mediator Sandra M. Snyder suggests that the parties modify the Scheduling Conference Order to allow for further discovery in order to better prepare for Mediation and Trial;

WHEREAS all parties agree that the Scheduling Conference Order should be modified, and that the dates currently calendared should be extended approximately 90 days, with the Trial date extended to October 14, 2007, as follows:

| | | |
|---|---|---|
| Expert Disclosure: | Pl: | February 1, 2007 |
| | Def: | February 22, 2007 |
| Nonexpert Discovery cutoff: | | March 1, 2007 |
| Expert Discovery cutoff: | | April 5, 2007 |
| Pretrial Motion filing deadline: | | April 16, 2007 |
| Pretrial Motion Hearing deadline: | | May 19, 2007 |
| Settlement Conference/Mediation: | | December 18, 2006 at 9:00 a.m. in Courtroom 8 |
| Pretrial Conference: | | June 25, 2007 at 11:00 a.m. in Courtroom 3 |
| Jury Trial (3-5 days estimated): | | October 16, 2007 at 9:00 a.m. in Courtroom 3 |

NOW, THEREFORE, Plaintiffs and Defendants EQUIFAX, EXPERIAN, TRANS UNION, OCWEN, and CBSM, by and through their respective counsel of record, hereby stipulate and agree that the Scheduling Conference Order should be modified as set forth above.

This Stipulation may be signed in counterparts.

---
STIPULATION AND PROPOSED ORDER MODIFYING CASE SCHEDULING CONFERENCE ORDER
1:05-CV-01629-OWW-LJO                        - 2 -

| | | |
|---|---|---|
| 1 | Dated: November  3 , 2006 | /s/ James J. Bergmann |
| 2 | | JAMES J. BERGMANN |
| | | The Law Offices of Donald F. Seth |
| 3 | | Attorneys for Plaintiffs |
| | | JOHN R. GEANEY and CONNIE S. GEANEY |
| 4 | | |
| 5 | Dated: November  7 , 2006 | /s/ Camille W. Averett |
| | | CAMILLE W. AVERETT, *Pro Hac Vice* |
| 6 | | Kilpatrick Stockton LLP |
| | | Attorneys for Defendant Equifax Information |
| 7 | | Services LLC |

Dated: November  3 , 2006            /s/ James J. Bergmann
                                     JAMES J. BERGMANN
                                     The Law Offices of Donald F. Seth
                                     Attorneys for Plaintiffs
                                     JOHN R. GEANEY and CONNIE S. GEANEY

Dated: November  7 , 2006            /s/ Camille W. Averett
                                     CAMILLE W. AVERETT, *Pro Hac Vice*
                                     Kilpatrick Stockton LLP
                                     Attorneys for Defendant Equifax Information
                                     Services LLC

Dated: November  8 , 2006            /s/ Jonathon D. Nicol
                                     JONATHON D. NICOL
                                     Jones Day
                                     Attorneys for Defendant Experian Information
                                     Solutions, Inc.

Dated: November  6 , 2006            /s/ Jeffrey S. Allison
                                     JEFFREY S. ALLISON
                                     Houser and Allison, A Professional Corporation
                                     Attorneys for Defendant Ocwen Loan Servicing,
                                     successor to Ocwen Federal Bank FSB

Dated: November  4 , 2006            /s/ Wendy D. Vierra
                                     WENDY D. VIERRA
                                     Ellis, Coleman, Poirier, LaVoie & Steinheimer
                                     Attorneys for Defendant Credit Bureau of Santa
                                     Maria

Dated: November  8 , 2006            /s/ Sean A. Kading
                                     SEAN A. KADING
                                     Musick, Peeler & Garrett LLP
                                     Attorneys for Defendant Trans Union LLC

IT IS SO ORDERED.

**Dated:   November 14, 2006**                  **/s/ Oliver W. Wanger**
emm0d6                                          UNITED STATES DISTRICT JUDGE

---

STIPULATION AND PROPOSED ORDER MODIFYING CASE SCHEDULING CONFERENCE ORDER
1:05-CV-01629-OWW-LJO                          - 3 -