1  DONALD F. SETH, ESQ., CA SBN 92318
2  JAMES J. BERGMANN, ESQ., CA SBN 220447
   290 B Street, Suite 205
3  Santa Rosa, CA 95401
   (707)545-6370 telephone
4  (707)545-9770 facsimile

5  Counsel for Plaintiffs JOHN R. GEANEY
6  and CONNIE S. GEANEY

7
                    IN THE UNITED STATES DISTRICT COURT
8                  FOR THE EASTERN DISTRICT OF CALIFORNIA
                              FRESNO DIVISION
9

10 JOHN R. GEANEY and CONNIE S. GEANEY,        Case No. 1:05-CV-01629-OWW-LJO

11              Plaintiffs,                    **STIPULATION AND PROPOSED**
                                               **ORDER CONTINUING**
12 v.                                          **SETTLEMENT CONFERENCE**

13
   EQUIFAX INFORMATION SERVICES, L.L.C.,
14 EXPERIAN INFORMATION SOLUTIONS, INC.,
   TRANS UNION, LLC,
15 OCWEN FEDERAL BANK FSB,
   THE CREDIT BUREAU OF SANTA MARIA dba
16 CREDIT BUREAU OF SAN LUIS OBISPO,
17 and DOES 1 through 30, inclusive,

18              Defendants.
19 _____/    _____

20
         Pursuant to F.R.C.P. Rule 15, IT IS HEREBY STIPULATED AND AGREED by and
21
   between Plaintiffs JOHN R. GEANEY and CONNIE S. GEANEY and Defendants EQUIFAX
22
   INFORMATION SERVICES, L.L.C. ("EQUIFAX"), EXPERIAN INFORMATION
23
24 SOLUTIONS, INC. ("EXPERIAN"), TRANS UNION, LLC ("TRANS UNION") OCWEN

25 FEDERAL BANK FSB ("OCWEN"), and THE CREDIT BUREAU OF SANTA MARIA
26
   ("CBSM"), by their attorneys of record, that:
27

28 _____
   STIPULATION AND PROPOSED ORDER CONTINUING SETTLEMENT CONFERENCE
   1:05-CV-01629-OWW-LJO

The Settlement Conference in this matter, currently calendared for January 17, 2007, shall be continued to Friday, March 23, 2007.

This Stipulation may be signed in counterparts.

Dated: December 28, 2006     /s/ James J. Bergmann
JAMES J. BERGMANN
The Law Offices of Donald F. Seth
Attorneys for Plaintiffs
John R. Geaney and Connie S. Geaney

Dated: January 5, 2007     /s/ Jeremy D. Hook
JEREMY D. HOOK, *Pro Hac Vice*
King & Spalding LLP
Attorneys for Defendant Equifax Information Services LLC

Dated: December 29, 2006     /s/ Jonathon D. Nicol
JONATHON D. NICOL
Jones Day
Attorneys for Defendant Experian Information Solutions, Inc.

Dated: December 29, 2006     /s/ Eric D. Houser
ERIC D. HOUSER
Houser and Allison, A Professional Corporation
Attorneys for Defendant Ocwen Loan Servicing, successor to Ocwen Federal Bank FSB

Dated: January 3, 2007     (See attached PDF of scanned signature)
RONALD R. POIRIER
Ellis, Coleman, Poirier, LaVoie & Steinheimer
Attorneys for Defendant Credit Bureau of Santa Maria

Dated: January 3, 2007     /s/ Sean A. Kading
DONALD E. BRADLEY
SEAN A. KADING
Musick, Peeler & Garrett LLP
Attorneys for Defendant Trans Union LLC

//
//
//

_____
STIPULATION AND PROPOSED ORDER CONTINUING SETTLEMENT CONFERENCE
1:05-CV-01629-OWW-LJO          - 2 -

1       IT IS SO ORDERED.

2   **Dated:**   **January 5, 2007**                     /s/ **Lawrence J. O'Neill**

3   66h44d                                  UNITED STATES MAGISTRATE JUDGE