DONALD F. SETH, ESQ., CA SBN 92318
JAMES J. BERGMANN, ESQ., CA SBN 220447
290 B Street, Suite 205
Santa Rosa, CA 95401
(707)545-6370 telephone
(707)545-9770 facsimile

Counsel for Plaintiffs JOHN R. GEANEY
and CONNIE S. GEANEY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| JOHN R. GEANEY and CONNIE S. GEANEY, | Case No. 1:05-CV-01629-OWW-LJO |
| Plaintiffs, | **STIPULATION AND ORDER OF DISMISSAL OF TRANS UNION LLC BY PLAINTIFF CONNIE S. GEANEY** |
| v. | |
| EQUIFAX INFORMATION SERVICES, L.L.C., EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, OCWEN FEDERAL BANK FSB, THE CREDIT BUREAU OF SANTA MARIA dba CREDIT BUREAU OF SAN LUIS OBISPO, and DOES 1 through 30, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between plaintiff Connie S. Geaney and defendant Trans Union, LLC, through their designated counsel, that all claims and allegations against Trans Union, LLC in this action brought by Connie S. Geaney be dismissed from the above-captioned action, without prejudice, pursuant to FRCP 41(a)(2), with each party to bear its own costs.

//

_____
STIPULATION AND PROPOSED ORDER OF DISMISSAL OF TRANS UNION, LLC BY PLAINTIFF CONNIE S. GEANEY
1:05-CV-01629-OWW-LJO

| | | |
|---|---|---|
| 1 | Dated: January  17 , 2007 | /s/ James J. Bergmann |
| 2 | | JAMES J. BERGMANN |
| | | The Law Offices of Donald F. Seth |
| 3 | | Attorneys for Plaintiff Nicholas J. Sommers |
| 4 | Dated: January  19 , 2007 |  (see attached PDF scan of signature) |
| 5 | | SEAN A. KADING |
| | | DONALD E. BRADLEY |
| 6 | | Musick, Peeler & Garrett LLP |
| | | Attorneys for Defendant Trans Union LLC |

Pursuant to the Stipulation above, the Court orders that defendant Trans Union, LLC be, and hereby is, dismissed, without prejudice, from the above-captioned action, with regard to claims and allegations brought against it by plaintiff Connie S. Geaney.  Trans Union, LLC remains a defendant with regard to all claims and allegations against it in this action brought by plaintiff John R. Geaney.  Each party shall bear its own costs and attorneys fees incurred in the action.

IT IS SO ORDERED.

**Dated:    January 19, 2007**           /s/ Oliver W. Wanger
emm0d6                                          UNITED STATES DISTRICT JUDGE

_____
STIPULATION AND PROPOSED ORDER OF DISMISSAL OF TRANS UNION, LLC BY PLAINTIFF CONNIE S. GEANEY
1:05-CV-01629-OWW-LJO                      - 2 -