```
1   DONALD F. SETH, ESQ., CA SBN 92318
2   JAMES J. BERGMANN, ESQ., CA SBN 220447
    290 B Street, Suite 205
3   Santa Rosa, CA 95401
    (707)545-6370 telephone
4   (707)545-9770 facsimile

5   Counsel for Plaintiffs JOHN R. GEANEY
6   and CONNIE S. GEANEY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| JOHN R. GEANEY and CONNIE S. GEANEY, | Case No. 1:05-cv-01629-OWW-LJO |
| Plaintiffs, | **STIPULATION AND ORDER MODIFYING CASE SCHEDULING CONFERENCE ORDER** |
| v. | |
| EQUIFAX INFORMATION SERVICES, L.L.C., EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, OCWEN FEDERAL BANK FSB, THE CREDIT BUREAU OF SANTA MARIA dba CREDIT BUREAU OF SAN LUIS OBISPO, and DOES 1 through 30, inclusive, | |
| Defendants. | |

Pursuant to F.R.C.P. Rule 15, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs JOHN R. GEANEY and CONNIE S. GEANEY and Defendants EQUIFAX INFORMATION SERVICES, L.L.C. ("EQUIFAX"), EXPERIAN INFORMATION SOLUTIONS, INC. ("EXPERIAN"), TRANS UNION, LLC ("TRANS UNION"), OCWEN FEDERAL BANK FSB ("OCWEN"), and THE CREDIT BUREAU OF SANTA MARIA ("CBSM"), by their attorneys of record, that:

_____

1:05-CV-01629-OWW-LJO

WHEREAS all parties agree that even with the exercise of due diligence, the parties cannot meet the timetable set forth in the Court's Scheduling Conference Order, entered on November 17, 2006 by U.S. Magistrate Judge Lawrence J. O'Neill;

WHEREAS all parties agree that the Scheduling Conference Order should be modified, and that the dates currently calendared should be extended approximately 60 days, with the exception of the trial date, which shall remain as scheduled on October 16, 2007.  The parties propose that the Case Schedule be modified as follows:

| | | |
|---|---|---|
| Settlement Conference/Mediation: | | March 23, 2007 |
| Expert Disclosure: | Pl: | April 1, 2007 |
| | Def: | April 23, 2007 |
| Nonexpert Discovery cutoff: | | May 1, 2007 |
| Expert Discovery cutoff: | | June 6, 2007 |
| Pretrial Motion filing deadline: | | July 2, 2007 |
| Pretrial Motion Hearing deadline: | | August 6, 2007 |
| Pretrial Conference: | | September 10, 2007 at 11:00 a.m. in Courtroom 3 |
| Jury Trial (3-5 days estimated): | | October 16, 2007 at 9:00 a.m. in Courtroom 3 |

NOW, THEREFORE, Plaintiffs and Defendants EQUIFAX, EXPERIAN, TRANS UNION, OCWEN, and CBSM, by and through their respective counsel of record, hereby stipulate and agree that the Scheduling Conference Order should be modified as set forth above.

Dated: January __31__, 2007         /s/ James J. Bergmann
                                    JAMES J. BERGMANN
                                    The Law Offices of Donald F. Seth
                                    Attorneys for Plaintiffs
                                    JOHN R. GEANEY and CONNIE S. GEANEY

_____

| | | |
|---|---|---|
| Dated: __February 7__, 2007 | /s/ Jeremy D. Hook | |

JEREMY D. HOOK, *Pro Hac Vice*
King & Spalding LLP
Attorneys for Defendant Equifax Information Services LLC

Dated: __January 31__, 2007        /s/ Jonathon D. Nicol

JONATHON D. NICOL
Jones Day
Attorneys for Defendant Experian Information Solutions, Inc.

Dated: __February 2__, 2007        /s/ Jefferey S. Allison

JEFFREY S. ALLISON
Houser and Allison, A Professional Corporation
Attorneys for Defendant Ocwen Loan Servicing, successor to Ocwen Federal Bank FSB

Dated: __February 2__, 2007        (See attached PDF signature)

RONALD R. POIRIER
Ellis, Coleman, Poirier, LaVoie & Steinheimer
Attorneys for Defendant Credit Bureau of Santa Maria

Dated: __January 31__, 2007        /s/ Sean A. Kading

SEAN A. KADING
Musick, Peeler & Garrett LLP
Attorneys for Defendant Trans Union LLC

IT IS SO ORDERED.

**Dated:   February 7, 2007**                    **/s/ Oliver W. Wanger**
emm0d6                                           UNITED STATES DISTRICT JUDGE

---

1:05-CV-01629-OWW-LJO                - 3 -