**LODGED**
MAR 1 2 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

**FILED**
MAR 1 4 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

1  Jonathon D. Nicol, Esq. (SBN 238944)
   JONES DAY
2  3 Park Plaza, Suite 1100
   Irvine, CA 92614
3  Telephone:  (949) 851-3939
   Facsimile:   (949) 553-7539
4
5  Attorneys for Defendant
   EXPERIAN INFORMATION
6  SOLUTIONS, INC.
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10                            FRESNO DIVISION
11

| | |
|---|---|
| JOHN R. GEANEY and CONNIE S. GEANEY,<br><br>Plaintiffs,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, L.L.C., EXPERIAN INFORMATION SOLUTIONS, INC., OCWEN FEDERAL BANK FSB, THE CREDIT BUREAU OF SAN LUIS OBISPO, and DOES 1 through 30, inclusive,<br><br>Defendants. | No. 1:05-CV-01629 REC-LJO<br><br>DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF SUBSTITUTION OF COUNSEL |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendant Experian Information Solutions, Inc.'s ("Experian") counsel in this action has changed, and is no longer Jonathon D. Nicol, JONES DAY, 3 Park Plaza, Suite 1100, Irvine, CA 92614. Counsel for Experian is now Angela M. Taylor, JONES DAY, 3 Park Plaza, Suite 1100, Irvine, CA 92614, Tel. (949) 851-3939, Fax (949) 553-7539.

LAI-2853015v1


"VIA FAX"

1      Please address all future correspondence in this action to Angela Taylor instead of
2  Mr. Nicol.

4  Dated: March 12, 2007.　　　　　　　　JONES DAY

6  By: _____
           Jonathon D. Nicol

    Attorneys for Defendant
    EXPERIAN INFORMATION
    SOLUTIONS, INC.

IT IS SO ORDERED.

DATED: March 14, 2007　　　　　　　_____
                                      LAWRENCE J. O'NEILL
                                      U.S. DISTRICT JUDGE

LAI-2853015v1

2

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3 Park Plaza, Suite 1100, Irvine, California 92614. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On March 12, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF JOHN R. GEANEY**

in a sealed envelope, postage fully paid, addressed as follows:

James J. Bergmann, Esq.
The Law Offices of Donald F. Seth
290 B Street, Suite 205
Santa Rosa, CA 95401

Mark S. Tratten, Esq.
Ericksen, Arbuthnot, Kilduff, Day & Lindstrom, Inc.
100 Howe Street, Suite 110
Sacramento, CA 95825-8201

Eric D. Houser, Esq.
Houser & Allison
9970 Research Drive
Irvine, CA 92618

Mark Ellis, Esq.
Murphy, Pearson, Bradley & Feeney
701 University Avenue
Suite 150
Sacramento, CA 92825

Sean Kading, Esq.
Musick, Peeler & Garrett
650 Town Center Drive, Suite 1200
Costa Mesa, CA 92626

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 12, 2007, at Irvine, California.

_Kathy Mueller_
Kathy Mueller

LAI-2853015v1

3