1  DONALD F. SETH, ESQ., CA SBN 92318
2  JAMES J. BERGMANN, ESQ., CA SBN 220447
   290 B Street, Suite 205
3  Santa Rosa, CA 95401
   (707)545-6370 telephone
4  (707)545-9770 facsimile

5  Counsel for Plaintiffs JOHN R. GEANEY
6  and CONNIE S. GEANEY

7

8              IN THE UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF CALIFORNIA
9                         FRESNO DIVISION

10

11 JOHN R. GEANEY and CONNIE S. GEANEY,    Case No. 1:05-cv-01629-LJO-NEW

12              Plaintiffs,                 **STIPULATION AND PROPOSED
                                            ORDER MODIFYING CASE
13     v.                                   SCHEDULING CONFERENCE
                                            ORDER**
14 EQUIFAX INFORMATION SERVICES, L.L.C.,
   EXPERIAN INFORMATION SOLUTIONS, INC.,
15 TRANS UNION, LLC,
16 OCWEN FEDERAL BANK FSB,
   THE CREDIT BUREAU OF SANTA MARIA dba
17 CREDIT BUREAU OF SAN LUIS OBISPO,
   and DOES 1 through 30, inclusive,
18
19              Defendants.
                                        /
20

21         Pursuant to F.R.C.P. Rule 15, IT IS HEREBY STIPULATED AND AGREED by and

22 between Plaintiffs JOHN R. GEANEY and CONNIE S. GEANEY and Defendants EQUIFAX

23 INFORMATION SERVICES, L.L.C. ("EQUIFAX"), EXPERIAN INFORMATION

24 SOLUTIONS, INC. ("EXPERIAN"), TRANS UNION, LLC ("TRANS UNION"), OCWEN

25

26 FEDERAL BANK FSB ("OCWEN"), and THE CREDIT BUREAU OF SANTA MARIA

27 ("CBSM"), by their attorneys of record, that:

28
_____
STIPULATION AND PROPOSED ORDER MODIFYING CASE SCHEDULING CONFERENCE ORDER
1:05-CV-01629-LJO-NEW

WHEREAS Plaintiffs were notified on March 15, 2007 that the expert witness they retained in this matter (Richard LeFebvre of AAA Credit Expert Consulting Service, located in Flagstaff, Arizona) and intended to disclose as their expert witness pursuant to FRCP 26(a)(2)(A), died on March 13, 2007;

WHEREAS good cause exists to extend discovery deadlines, in that Plaintiffs will need additional time to retain a new expert witness, and to provide documents to and consult with the new expert witness;

WHEREAS even with the exercise of due diligence, Plaintiffs will not be able to meet the current deadline of April 1, 2007 to disclose their expert witness and serve their expert witness' report, as required under FRCP 26(a)(2)(A);

WHEREAS Plaintiffs will suffer prejudice if they are not allowed additional time to find, consult with, and retain a new expert witness, and allow time for the witness to prepare a report;

WHEREAS Plaintiffs will suffer prejudice if they are not allowed additional time to conduct discovery based on the new expert's opinions and recommendations; and

WHEREAS all parties agree that the Discovery cutoff dates should be modified, and that the dates currently calendared should be extended approximately 30 days, while leaving unchanged the dates for the Settlement Conference, Pretrial Motion filing deadline, Pretrial Motion Hearing deadline, Pretrial Conference, and Trial.  The parties propose that the Case Schedule be modified as follows:

| | | |
|---|---|---|
| Expert Disclosure: | Pl: | May 1, 2007 |
| | Def: | May 25, 2007 |
| Settlement Conference/Mediation: | | May 23, 2007 (before Magistrate Judge Goldner) at 10:30am in Fresno |

| | | |
|---|---|---|
| 1 | Nonexpert Discovery cutoff: | June 1, 2007 |
| 2 | Expert Discovery cutoff: | July 6, 2007 |
| 3 | Pretrial Motion filing deadline: | July 2, 2007 |
| 4 | | |
| 5 | Pretrial Motion Hearing deadline: | August 6, 2007 |
| 6 | Pretrial Conference: | September 10, 2007 at 8:30am |
| 7 | Jury Trial (3-5 days estimated): | October 16, 2007 at 9:00am |

NOW, THEREFORE, Plaintiffs and Defendants EQUIFAX, EXPERIAN, TRANS UNION, OCWEN, and CBSM, by and through their respective counsel of record, hereby stipulate and agree that the Scheduling Conference Order should be modified as set forth above.

Dated: March __21__, 2007          /s/ James J. Bergmann
                                   JAMES J. BERGMANN
                                   The Law Offices of Donald F. Seth
                                   Attorneys for Plaintiffs
                                   JOHN R. GEANEY and CONNIE S. GEANEY

Dated: March __21__, 2007          /s/ Jeremy D. Hook
                                   JEREMY D. HOOK, *Pro Hac Vice*
                                   King & Spalding LLP
                                   Attorneys for Defendant Equifax Information
                                   Services LLC

Dated: March __22__, 2007          /s/ Angela M. Taylor
                                   ANGELA M. TAYLOR
                                   Jones Day
                                   Attorneys for Defendant Experian Information
                                   Solutions, Inc.

Dated: March __22__, 2007          /s/ Jeffrey S. Allison
                                   JEFFREY S. ALLISON
                                   Houser and Allison, A Professional Corporation
                                   Attorneys for Defendant Ocwen Loan Servicing,
                                   successor to Ocwen Federal Bank FSB

Dated: March _____, 2007           _____
                                   RONALD R. POIRIER
                                   Ellis, Coleman, Poirier, LaVoie & Steinheimer

1 | Attorneys for Defendant Credit Bureau of Santa Maria

Dated: March  21 , 2007       /s/ Donald E. Bradley
DONALD E. BRADLEY
Musick, Peeler & Garrett LLP
Attorneys for Defendant Trans Union LLC

IT IS SO ORDERED.

**Dated:    March 29, 2007**            **/s/ Lawrence J. O'Neill**
b9ed48                UNITED STATES DISTRICT JUDGE