1  ERIC D. HOUSER (SBN 130079)
   JEFFREY S. ALLISON (173620)
2  HOUSER & ALLISON
   A Professional Corporation
3  9970 Research Drive
   Irvine, CA 926187
4  Telephone:  (949) 679-1111
   Facsimile:  (949) 679-1112
5
   Attorneys for Defendants
6  OCWEN LOAN SERVICING, LLC
   Successor to OCWEN FEDERAL BANK FSB
7

8
                 IN THE UNITED STATES DISTRICT COURT
9
            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
                          FRESNO DIVISION
11
   JOHN R. GEANEY and CONNIE S.      )   Case No.:   1:05-CV-01629 LJO *NEW*
12 GEANEY,                           )                *(TAG)*
                                     )
13              Plaintiffs,          )   STIPULATED CONFIDENTIALITY
                                     )   AGREEMENT AND ██████████
14      vs.                          )   PROTECTIVE ORDER
                                     )
15                                   )
   EQUIFAX INFORMATION              )
16 SERVICES LLC, EXPERIAN            )
   INFORMATION SOLUTIONS, INC.,      )
17 TRANS UNION, LLC; OCWEN           )
   FEDERAL BANK FSB, THE CREDIT      )
18 BUREAU OF SANTA MARIA dba         )
   CREDIT BUREAU OF SAN LUIS         )
19 OBISPO, and DOES 1 through 30,    )
   inclusive,                        )
20                                   )
                Defendants.          )
21 ──────────────────────────────────)

22

23      The parties in the above-referenced action, by and through their attorneys of

24 record, hereby agree and stipulate as follows:

25
        1.      This Stipulation and Order shall govern the disclosure of all
26
27 documents obtained or exchanged in the course of this action, or any appeal

28

therefrom, which are designated as "Confidential" documents. "Confidential" documents are defined to include documents produced by a party that are deemed to be confidential, e.g. the subject of proprietary or sensitive commercial information, trade secrets, or otherwise privileged. Any party that believes that "Confidential" documents are being produced may, at the time of production, designate such document in writing as "Confidential," and the documents so designated shall thereafter be subject to the provisions of this Stipulation and Order.

2.    "Confidential" documents shall be used only for the purposes of this action and any appeal therefrom. "Confidential" documents shall be submitted to the Court, or any court in connection with this action, under seal and/or designated as "Confidential." "Confidential" documents, whether produced in discovery or submitted to the Court in connection with this action, shall not be disclosed to any party, person or entity not identified in paragraph 3 below, and shall not be used in connection with any other litigation, proceeding, or lawsuit, except as required by lawful process in connection with this action after notice to counsel, or as the Court may direct. Counsel will, in a reasonable time and fashion, provide opposing counsel with any Court Order which compels the disclosure of "Confidential" documents in order to provide opposing counsel with an opportunity to seek to prevent the compelled disclosure of such "Confidential" documents.

1    3.    "Confidential" documents shall not be disclosed to any person other

2    than: (i) the parties to this action; (ii) the Court and its personnel, including persons

3

4    employed by the Court and Court stenographers transcribing testimony in

5    connection with this action; (iii) attorneys of record for the parties hereto,

6    including partners, associates, law clerks, paralegals, and clerical or secretarial

7

8    staff; (iv) any person retained, employed, or otherwise acting on behalf of an

9    attorney for or said named party to this action or any appeal thereof, including but

10   not limited to any auditor, controller, accountant, investigator, expert, consultant or

11

12   similar personnel, whether employed by a party or a party affiliate; (v) Court

13   reporter(s) employed in this action; (vi) Deponents, witnesses, or prospective

14   witnesses in this action; (vii) Any person who previously prepared or maintained

15

16   the "Confidential" documents; and (vii) any other person as to whom the parties in

17   writing agree and/or whom the Court may designate.

18        4.    Any and all persons to whom "Confidential" documents are produced

19

20   upon notice and/or being provided with a copy of this Stipulation and Order, shall

21   sign same or agree in writing to be bound by its terms.

22        5.    "Confidential" documents shall only be used for purposes of this

23

24   action as set forth herein, and shall not be used for any other purpose, case, action

25   or proceeding.  Upon resolution or conclusion of this action, or any appeal

26

27   therefrom, and upon request by the party whom produced documents designated as

28   "Confidential," the other party(ies) shall within 10 days either (1) return all such

1  documents and copies in their possession to the designating party, or (2) destroy all

2  such documents and copies in their possession.

3

4      6.      The Court may, in its discretion or upon application of a said party,

5  modify this Stipulation and Order, or otherwise extend or restrict the application of

6  this Stipulation and Order as the Court may deem appropriate and necessary.

7

8  Dated: April 10, 2007                    THE LAW OFFICES OF DONALD SETH

9

10 By: _____
                                           James J. Bergmann
11                                         Attorneys for Plaintiffs JOHN R. GEANEY
                                           and CONNIE S. GEANEY
12

13

14 Dated: May 5, 2007                       HOUSER & ALLISON
                                           A Professional Corporation
15

16                                         By: _____
17                                             Eric D. Houser
                                               Jeffrey S. Allison
18                                         Attorneys for Defendant
                                           OCWEN LOAN SERVICING, LLC
19                                         Successor to OCWEN FEDERAL BANK
                                           FSB
20

21
   Dated: April __, 2007                   KING & SPALDING LLP, and
22                                         local counsel NOKES & QUINN
23

24                                         By: _____
25                                             Stephanie Cope
                                               Thomas P. Quinn
26                                         Attorneys for Defendant EQUIFAX
27                                         INFORMATION SERVICES LLC

28

_____
STIPULATED CONFIDENTIALITY AGREEMENT & PROTECTIVE ORDER
C:\DOCUME~1\neil\LOCALS~1\Temp\ConfAgtPO.doc                4

1   documents and copies in their possession to the designating party, or (2) destroy all

2   such documents and copies in their possession.

3

4          6.      The Court may, in its discretion or upon application of a said party,

5   modify this Stipulation and Order, or otherwise extend or restrict the application of

6   this Stipulation and Order as the Court may deem appropriate and necessary.

7

8   Dated: April __, 2007              THE LAW OFFICES OF DONALD SETH

9

10                                     By:_____
                                           James J. Bergmann
11                                         Attorneys for Plaintiffs JOHN R. GEANEY
                                           and CONNIE S. GEANEY
12

13

14  Dated: April __, 2007              HOUSER & ALLISON
                                       A Professional Corporation
15

16
                                       By: _____
17                                         Eric D. Houser
                                           Jeffrey S. Allison
18                                     Attorneys for Defendant
                                       OCWEN LOAN SERVICING, LLC
19                                     Successor to OCWEN FEDERAL BANK
                                       FSB
20

21
    Dated: April 20th 2007             KING & SPALDING LLP, and
22                                     local counsel NOKES & QUINN

23

24                                     By: _____
25                                         Stephanie Cope
                                           Thomas P. Quinn
26                                     Attorneys for Defendant EQUIFAX
                                       INFORMATION SERVICES LLC
27

28

1   Dated: April /8, 2007           MUSICK, PEELER & GARRETT, LLP

2

3                                   By: _____

4                                       Donald E. Bradley
                                        Sean A. Kading
5                                   Attorneys for Defendant TRANS UNION
                                    LLC
6

7

8   Dated: April __, 2007           JONES  DAY

9

10                                  By: _____

11                                      Angie Taylor
                                    Attorneys for Defendant EXPERIAN
12                                  INFORMATION SOLUTIONS, INC.

13

14  Dated: April __, 2007           ELLIS, COLEMAN, POIRER, LAVOIE &
                                    STEINHEIMER
15

16
                                    By: _____
17                                      Ronald R. Poirier

18                                  Attorneys for Defendant THE CREDIT
                                    BUREAU OF SANTA MARIA dba
19                                  CREDIT BUREAU OF SAN LUIS
                                    OBISPO
20

21

22

23

24

25

26

27

28

**STIPULATED CONFIDENTIALITY AGREEMENT & PROTECTIVE ORDER**

1   Dated: April ___, 2007                    MUSICK, PEELER & GARRETT, LLP

2

3                                             By:_____

4                                                  Donald E. Bradley
                                                   Sean A. Kading
5                                             Attorneys for Defendant TRANS UNION
                                              LLC
6

7   Dated: ~~April~~ May 3, 2007              JONES  DAY

8

9
                                              By:_____
10                                                 Angie Taylor

11                                            Attorneys for Defendant EXPERIAN
                                              INFORMATION SOLUTIONS, INC.
12

13
    Dated: April ___, 2007                    ELLIS, COLEMAN, POIRER, LAVOIE &
14                                            STEINHEIMER

15

16                                            By: _____

17                                                 Ronald R. Poirier
                                              Attorneys for Defendant THE CREDIT
18                                            BUREAU OF SANTA MARIA dba
                                              CREDIT BUREAU OF SAN LUIS
19                                            OBISPO

20

21

22

23

24

25

26

27

28

---

**STIPULATED CONFIDENTIALITY AGREEMENT & PROTECTIVE ORDER**

C:\DOCUME~1\jp00156T\LOCALS~1\Temp\notesC0DA49\ConfAgIPO.doc                    5

1   Dated: April __, 2007         MUSICK, PEELER & GARRETT, LLP

2

3                            By:_____

4                               Donald E. Bradley

                                Sean A. Kading

5                           Attorneys for Defendant TRANS UNION

6                           LLC

7

8   Dated: April __, 2007         JONES DAY

9

10                          By: _____

                                Angie Taylor

11                         Attorneys for Defendant EXPERIAN

12                         INFORMATION SOLUTIONS, INC.

13

14   Dated: April 10, 2007         ELLIS, COLEMAN, POIRER, LAVOIE &

                          STEINHEIMER

15

16                          By: _____

17                              Ronald R. Poirier

18                       Attorneys for Defendant THE CREDIT

                      BUREAU OF SANTA MARIA dba

19                       CREDIT BUREAU OF SAN LUIS

20                       OBISPO

21

22

23

24

25

26

27

28

1   Dated: April __, 2007                    MUSICK, PEELER & GARRETT, LLP

2

3                                            By:_____

4                                               Donald E. Bradley
                                                Sean A. Kading
5                                            Attorneys for Defendant TRANS UNION
                                             LLC
6

7

8   Dated: April __, 2007                    JONES  DAY

9

10                                           By: _____

11                                              Angie Taylor
                                             Attorneys for Defendant EXPERIAN
12                                           INFORMATION SOLUTIONS, INC.

13

14  Dated: April __, 2007                    ELLIS, COLEMAN, POIRER, LAVOIE &
                                             STEINHEIMER
15

16

17                                           By: _____
                                                Ronald R. Poirier
18

19

20      *april 10, 2007*

21                                           _____
                                             Donald Seth
22                                           Atty for Plaintiffs

23

24

25

26

27

28

_____
**STIPULATED CONFIDENTIALITY AGREEMENT & PROTECTIVE ORDER**
C:\DOCUME~1\sei\LOCALS~1\Temp\ConfAgtPO.doc                    5

1

2

## ORDER

3   The Court, having received and reviewed the parties' Stipulated

4
Confidentiality Agreement and [Proposed] Protective Order, and good cause
5

6   appearing thereby;

7   **IT IS SO ORDERED.**

8   DATED:  **MAY  0 8** 2007

_Theresa A. Goldner_

9   HON,

10   UNITED STATES          JUDGE
^ Magistrate

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**STIPULATED CONFIDENTIALITY AGREEMENT & PROTECTIVE ORDER**
I:\CIVIL\OCWEN\Genney(37758)\Pld\ConfAgtPO.doc                    6