DONALD F. SETH, ESQ., CA SBN 92318
JAMES J. BERGMANN, ESQ., CA SBN 220447
290 B Street, Suite 205
Santa Rosa, CA 95401
(707)545-6370 telephone
(707)545-9770 facsimile

Counsel for Plaintiffs JOHN R. GEANEY
and CONNIE S. GEANEY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| JOHN R. GEANEY and CONNIE S. GEANEY, | Case No. 1:05-CV-01629-LJO-NEW |
| Plaintiffs, | **STIPULATION AND ORDER OF DISMISSAL OF CREDIT BUREAU OF SANTA MARIA dba CREDIT BUREAU OF SAN LUIS OBISPO** |
| v. | |
| EQUIFAX INFORMATION SERVICES, L.L.C., EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, OCWEN FEDERAL BANK FSB, THE CREDIT BUREAU OF SANTA MARIA dba CREDIT BUREAU OF SAN LUIS OBISPO, and DOES 1 through 30, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between plaintiffs John R. Geaney and Connie S. Geaney, and defendant Credit Bureau of Santa Maria dba Credit Bureau of San Luis Obispo, through their designated counsel, that all claims and allegations against defendant Credit Bureau of Santa Maria dba Credit Bureau of San Luis Obispo brought by plaintiffs be dismissed from the above-captioned action, with prejudice, pursuant to FRCP 41(a)(2), with each party to bear its own costs.

---

STIPULATION AND PROPOSED ORDER OF DISMISSAL OF CREDIT BUREAU OF SANTA MARIA dba CREDIT BUREAU OF SAN LUIS OBISPO
1:05-CV-01629-LJO-NEW-(TAG)

| | | |
|---|---|---|
|1| Dated: May __17__, 2007 | /s/ James J. Bergmann |
|2| | JAMES J. BERGMANN |
| | | The Law Offices of Donald F. Seth |
|3| | Attorneys for Plaintiffs John R. Geaney and Connie S. Geaney |
|4| | |

Dated: May __17__, 2007        (See attached PDF scan of signature)
                               RONALD R. POIRIER
                               MARK E. ELLIS
                               Ellis, Coleman, Poirier, La Voie & Steinheimer
                               Attorneys for Defendant Credit Bureau of Santa
                               Maria dba Credit Bureau of San Luis Obispo

Pursuant to the Stipulation above, the Court orders that defendant Credit Bureau of Santa Maria dba Credit Bureau of San Luis Obispo be, and hereby is, dismissed, with prejudice, from the above-captioned action, with regard to claims and allegations brought against it by both plaintiffs, Robert R. Geaney and Connie S. Geaney. Each party shall bear its own costs and attorneys fees incurred in the action.

IT IS SO ORDERED.

Dated:   **May 23, 2007**                    /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE

---

STIPULATION AND PROPOSED ORDER OF DISMISSAL OF CREDIT BUREAU OF SANTA MARIA dba CREDIT BUREAU OF SAN LUIS OBISPO
1:05-CV-01629-LJO-NEW-(TAG)                - 2 -