UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. GEANEY, et al., | CASE NO. CV F 05-1629 LJO TAG |
| Plaintiffs, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| EQUIFAX INFORMATION SERVICES, L.L.C., et al., | |
| Defendants. | |
| _____/ | |

The parties have informed the Court that the above-captioned case has settled. Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, no later than September 6, 2007, to file papers to dismiss this action in its entirety or a status report to address outstanding matters to prevent settlement completion.

This Court further VACATES **all court dates**, including the August 6, 2007 summary judgment hearing, September 10, 2007 pretrial conference and October 16, 2007 trial, and any other pending matters in this action.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order. *See* Local Rule 16-160 and 16-272.

IT IS SO ORDERED.

**Dated:    July 19, 2007**                        **/s/ Lawrence J. O'Neill**
                                                                 UNITED STATES DISTRICT JUDGE