1  DONALD F. SETH, ESQ., CA SBN 92318
2  JAMES J. BERGMANN, ESQ., CA SBN 220447
   290 B Street, Suite 205
3  Santa Rosa, CA 95401
   (707)545-6370 telephone
4  (707)545-9770 facsimile

5  Counsel for Plaintiffs JOHN R. GEANEY
6  and CONNIE S. GEANEY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| JOHN R. GEANEY and CONNIE S. GEANEY, | Case No. 1:05-CV-01629-LJO-NEW |
| Plaintiffs, | **STIPULATION AND PROPOSED ORDER OF DISMISSAL** |
| v. | |
| EQUIFAX INFORMATION SERVICES, L.L.C., EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, OCWEN FEDERAL BANK FSB, THE CREDIT BUREAU OF SANTA MARIA dba CREDIT BUREAU OF SAN LUIS OBISPO, and DOES 1 through 30, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between plaintiffs John R. Geaney and Connie S. Geaney on the one hand, and defendants Equifax Information Services LLC; Experian Information Solutions, Inc.; Trans Union LLC; and Ocwen Loan Servicing, LLC, successor to Ocwen Federal Bank FSB, on the other, through their designated counsel, that each of the above-named defendants be dismissed from the above-captioned action, with prejudice, pursuant to FRCP 41(a), with each party to bear its own attorney fees and costs.

_____
STIPULATION AND PROPOSED ORDER OF DISMISSAL
1:05-CV-01629-LJO-NEW (TAG)

| | | |
|---|---|---|
| 1 | Dated: August __22__, 2007 | /s/ James J. Bergmann |
| 2 | | JAMES J. BERGMANN |
| | | The Law Offices of Donald F. Seth |
| 3 | | Attorneys for Plaintiff Nicholas J. Aquila |
| 4 | Dated: August __21__, 2007 | /s/ Stephanie D. Cope |
| | | STEPHANIE D. COPE |
| 5 | | King & Spalding LLP |
| 6 | | Attorneys for Equifax Information Services LLC |
| 7 | Dated: August __22__, 2007 | /s/ Angela M. Taylor |
| | | ANGELA M. TAYLOR |
| 8 | | Jones Day |
| 9 | | Attorneys for Experian Information Solutions, Inc. |
| 10 | Dated: August __21__, 2007 | /s/ Donald E. Bradley |
| | | DONALD E. BRADLEY |
| 11 | | Musick, Peeler & Garrett LLP |
| 12 | | Attorneys for TransUnion LLC |
| 13 | Dated: August __21__, 2007 | /s/ Jeffrey S. Allison |
| | | JEFFREY S. ALLISON |
| 14 | | Houser & Allison |
| 15 | | Attorneys for Ocwen Loan Servicing, LLC, successor to Ocwen Federal Bank FSB |

PURSUANT TO STIPULATION, THE COURT ORDERS that defendants Equifax Information Services LLC; Experian Information Solutions, Inc.; Trans Union LLC; and Ocwen Loan Servicing, LLC, successor to Ocwen Federal Bank FSB be, and hereby are, dismissed, with prejudice, from the above-captioned action.  Each party shall bear its own costs and attorneys fees incurred in the action.

This Court DIRECTS the clerk to close this action.
IT IS SO ORDERED.

**Dated: __August 30, 2007__**           /s/ Lawrence J. O'Neill
                                                                   UNITED STATES DISTRICT JUDGE

_____
STIPULATION AND PROPOSED ORDER OF DISMISSAL
1:05-CV-01629-LJO-NEW (TAG)                            - 2 -